IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02162-MSK-KMT

GAIL TAFOYA,

    Plaintiff,

v.

DEAN FOODS COMPANY, a Delaware corporation,
DEAN WEST, LLC, a Delaware corporation,
SOUTHERN FOODS GROUP, LLC, a Delaware Limited Liability Company d/b/a MEADOW GOLD DAIRY, and
INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION NO. 455,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Unopposed Motion to Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Conference" (#9, filed November 14, 2008) is GRANTED. The Scheduling Conference set for December 18, 2008 is VACATED and RESET for January 27, 2009 at 9:45 a.m.

Dated: November 17, 2008