IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**


Civil Action No. 08–cv–02162–MSK–KMT


GAIL TAFOYA,

      Plaintiff,

v.

DEAN FOODS COMPANY, a Delaware corporation,
DEAN WEST, LLC, a Delaware corporation,
SOUTHERN FOODS GROUP, LLC, a Delaware Limited Liability Company d/b/a MEADOW
GOLD DAIRY, and
INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL UNION NO. 455,

      Defendants.

---

## ORDER RE-SETTING SETTLEMENT CONFERENCE

---

The parties came before the court on May 26, 2008 for settlement discussions.
Significant progress was made toward resolution of significant issues in the case. Therefore, the
court concludes that a further settlement conference would be helpful after the parties have had a
chance to exchange alternate proposals for certain provisions as discussed with the court. It is
therefore ORDERED that the Settlement Conference is reset for **August 21, 2009 at 1:30 p.m.**

The parties shall submit revised settlement statements no later than August 14, 2009.
Party representatives and insurance company representatives may attend in person or may be
excused from attendance so long as they are available by telephone for further consultation.

The settlement conference shall otherwise be conducted according to the provisions set
forth in this court's Order Re-Setting Settlement Conference (Doc. No. 31, filed March 12,
2009). The parties shall abide by the same.

Dated this 26th day of May, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge